## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

VICTOR A. PENINGER                                                                                    PLAINTIFF
ADC #139637

V.                                              NO: 3:07CV00155 SWW

BART ZIEIENHORN *et al.*                                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of December, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE