### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

VICTOR A. PENINGER                                                                                       PLAINTIFF
ADC #139637

V.                                       NO: 3:07CV00155 SWW

BART ZIEIENHORN *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of January, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE