**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

VICTOR A. PENINGER                                                                                       PLAINTIFF
ADC #139637


V.                                           NO: 3:07CV00155 SWW


BART ZIEIENHORN *et al.*
                                                                                                                DEFENDANTS

## ORDER

The Court has received a letter from Plaintiff, stating that he has been transferred to the Arkansas Department of Correction North Central Unit. Accordingly, Plaintiff's new mailing address is HC62, Box 300 Calico Rock, AR 72519-0300. The Clerk of the Court is directed to re-send the documents previously returned to the Court as undeliverable, *see* docket entry #29, to Plaintiff at the new address.

IT IS SO ORDERED THIS 5th DAY OF JANUARY, 2009.


                                                                         /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE